**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
  fbottini@bottinilaw.com
Albert Y. Chang (SBN 296065)
  achang@bottinilaw.com
Yury A. Kolesnikov (SBN 271173)
  ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002

**RENNE PUBLIC LAW GROUP**
Louise H. Renne (SBN 36508)
  lrenne@publiclawgroup.com
Ruth M. Bond (SBN 214582)
  rbond@publiclawgroup.com
Ryan McGinley-Stempel (SBN 296182)
  rmcginleystempel@publiclawgroup.com
350 Sansome Street, Suite 300
San Francisco, California 94101
Telephone:   (415) 848-7200
Facsimile:    (415) 848-7230

*Attorneys for Plaintiff R. Andre Klein*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R. ANDRE KLEIN, derivatively on behalf of ORACLE CORPORATION and ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LAWRENCE J. ELLISON, ET AL., <br><br> Defendants, <br> – and – <br> ORACLE CORPORATION and ORACLE AMERICA, INC., <br><br> Nominal Defendants. | Case No. <br><br> PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 |

Plaintiff's Certification of Interested Entities or Persons Pursuant to Civil L.R. 3-15

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 2, 2020

Respectfully submitted,

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr.
Albert Y. Chang
Yury A. Kolesnikov

  s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

RENNE PUBLIC LAW GROUP
Louise H. Renne
Ruth M. Bond
Ryan McGinley-Stempel
350 Sansome Street, Suite 300
San Francisco, California 94101
Telephone:   (415) 848-7200
Facsimile:    (415) 848-7230
lrenne@publiclawgroup.com
rbond@publiclawgroup.com
rmcginleystempel@publiclawgroup.com

*Attorneys for Plaintiff R. Andre Klein*