**BOTTINI & BOTTINI, INC.**
FRANCIS A. BOTTINI, JR. (SBN 175783)
 fbottini@bottinilaw.com
YURY A. KOLESNIKOV (SBN 271173)
 ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:     (858) 914-2001

**RENNE PUBLIC LAW GROUP**
Louise H. Renne (SBN 36508)
 lrenne@publiclawgroup.com
Ruth M. Bond (SBN 214582)
 rbond@publiclawgroup.com
Ryan McGinley-Stempel (SBN 296182)
 rmcginleystempel@publiclawgroup.com
350 Sansome Street, Suite 300
San Francisco, California 94101
Telephone:     (415) 848-7200
Facsimile:     (415) 848-7230

*Attorneys for Plaintiffs R. Andre Klein and Kathleen Dinsmore*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| R. ANDRE KLEIN, derivatively on behalf of ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>                                       Plaintiff,<br><br>vs.<br><br>LAWRENCE J. ELLISON, SAFRA A. CATZ, JEFFREY O. HENLEY, JEFFREY S. BERG, MICHAEL J. BOSKIN, BRUCE R. CHIZEN, GEORGE H. CONRADES, RONA A. FAIRHEAD, RENÉE J. JAMES, CHARLES (WICK) MOORMAN IV, LEON E. PANETTA, WILLIAM G. PARRETT, NAOMI O. SELIGMAN, VISHAL SIKKA, and DOES 1–30,<br><br>                                       Defendants,<br><br>– and –<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>                                       Nominal Defendants. | Case No. 3:20-CV-04439-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND PROVIDING FOR EXTENSION FOR DEFENDANTS' TIME TO RESPOND TO COMPLAINTS, AND REQUEST FOR APPOINTMENT OF LEAD COUNSEL FOR PLAINTIFFS**<br><br>The Honorable Jacqueline Scott Corley |

| | |
|---|---|
| KATHLEEN DINSMORE, derivatively on behalf of ORACLE CORPORATION and ORACLE AMERICA, INC., <br><br>　　　　　　　　　　　Plaintiff, <br><br>　　vs. <br><br>LAWRENCE J. ELLISON, SAFRA A. CATZ, JEFFREY O. HENLEY, JEFFREY S. BERG, MICHAEL J. BOSKIN, BRUCE R. CHIZEN, GEORGE H. CONRADES, RONA A. FAIRHEAD, RENÉE J. JAMES, CHARLES (WICK) MOORMAN IV, LEON E. PANETTA, WILLIAM G. PARRETT, NAOMI O. SELIGMAN, VISHAL SIKKA, and DOES 1–30, <br><br>　　　　　　　　　　　Defendants, <br><br>　　– and – <br><br>ORACLE CORPORATION and ORACLE AMERICA, INC., <br><br>　　　　　　　　　　　Nominal Defendants. | Case No. 4:20-CV-04602-KAW |

- 2 -
STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES

WHEREAS, on July 2, 2020, Plaintiff R. Andre Klein filed a putative shareholder derivative action (the "*Klein* Action") purportedly on behalf of Nominal Defendant Oracle Corporation ("Oracle" or the "Company") against certain current directors and officers of Oracle (the "Individual Defendants" and, together with Oracle, "Defendants") for breaches of fiduciary duties, aiding and abetting breach of fiduciary duty, abuse of control, unjust enrichment, and violation of Section 14(a) of the Securities Exchange Act of 1934.

WHEREAS, on July 10, 2020, Plaintiff Kathleen Dinsmore filed a putative shareholder derivative action (the "*Dinsmore* Action"), purporting to assert derivative claims on behalf of Oracle against the Individual Defendants substantially similar to the claims in the *Klein* Action.

WHEREAS, Plaintiffs and Defendants agree that the *Klein* and *Dinsmore* Actions (the "Related Actions") are related under Rule 3-12 of the Local Rules for the Northern District of California, as the Related Actions arise out of the same or substantially the same facts and involve the same or substantially the same parties and questions of law and fact.

WHEREAS, all parties further agree that the Related Actions should be consolidated pursuant to Fed. R. Civ. P. 42 to help assure consistent rulings and decisions and to avoid unnecessary duplication of effort.

WHEREAS, Defendants' undersigned counsel has agreed to accept service for all Defendants, without waiving, and expressly reserving, all defenses.

WHEREAS, Plaintiffs in the Related Actions have indicated an intent to either file a consolidated complaint or designate an operative complaint no later than thirty (30) days after the entry of this requested Order.

WHEREAS, the parties have agreed that, in light of the foregoing, Defendants should not be required to respond to the individual complaints in the Related Actions and need only respond to the Consolidated Complaint or the complaint designated by Plaintiffs as the operative complaint.

THEREFORE, in an effort to ensure consistent rulings and decisions and to avoid unnecessary duplication of effort, Plaintiffs in the Related Actions and Defendants, through their respective counsel, hereby enter into this Stipulation and [Proposed] Order Consolidating Related Cases and Request for Appointment of Co-Lead Counsel ("Stipulation and Request"), and hereby stipulate as

follows:

1. The following actions as fully identified in the caption of this Stipulation and Request are hereby deemed to be related and are consolidated for all purposes, including pre-trial proceedings and trial ("Consolidated Action"):

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Klein v. Ellison* | 3:20-CV-04439-JSC | 07/02/2020 |
| *Dinsmore v. Ellison* | 4:20-CV-04602-KAW | 07/10/2020 |

2. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| R. ANDRE KLEIN, derivatively on behalf of ORACLE CORPORATION and ORACLE AMERICA, INC., <br>  Plaintiff, <br> vs. <br> LAWRENCE J. ELLISON, SAFRA A. CATZ, JEFFREY O. HENLEY, JEFFREY S. BERG, MICHAEL J. BOSKIN, BRUCE R. CHIZEN, GEORGE H. CONRADES, RONA A. FAIRHEAD, RENÉE J. JAMES, CHARLES (WICK) MOORMAN IV, LEON E. PANETTA, WILLIAM G. PARRETT, NAOMI O. SELIGMAN, VISHAL SIKKA, and DOES 1–30, <br>  Defendants, <br> – and – <br> ORACLE CORPORATION and ORACLE AMERICA, INC., <br> Nominal Defendants <br><br> This Document Relates To: | Lead Case No. 3:20-CV-04439-JSC |

3. The files of the Consolidated Action shall be maintained in one file under Master File

No. 3:20-CV-04439-JSC.

4. This Order shall apply to each case, arising out of the same or similar transactions or events as the Related Actions that is subsequently filed in, or transferred to this Court.

5. When a case that properly belongs as part of Lead Case No. 3:20-CV-04439 is hereafter filed in or transferred to this Court, counsel for the parties shall call such case to the attention of the clerk of this Court, so that the case may be consolidated with Lead Case No. 3:20-CV-04439 pursuant to this Order. Counsel for the parties will further assist in assuring that counsel for the parties in such subsequent action(s) receive notice of this Order.

6. Bottini & Bottini, Inc. and Renne Public Law Group are appointed Lead Counsel for Plaintiffs in the Consolidated Action. Defendants take no position on the appointment of Lead Counsel for Plaintiffs.

7. Lead Counsel shall have the authority to make all decisions regarding pleadings for plaintiffs in the related cases and to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort.

8. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through lead counsel.

9. Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and shall be responsible for communications with defendants on matters of case administration and scheduling. Lead Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel.

10. Defendants may rely upon all agreements made with either of the Lead Counsel, or other duly authorized representatives of Lead Counsel, and such agreements shall be binding on all plaintiffs.

11. Defendants are not required to respond to any of the initial complaints filed in the *Klein* and *Dinsmore* Actions and instead shall only be required to respond to the consolidated

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES

1 complaint or the operative complaint if one is designated by Plaintiffs.

2   12.   The consolidated complaint shall be filed, or an operative complaint shall be designed by Plaintiffs, no later than thirty (30) days after the entry of this Order, and Defendants shall have sixty (60) days to answer or otherwise respond to the consolidated or operative complaint.

   13.   Plaintiffs shall have sixty (60) days to respond to Defendants' motion(s) to dismiss, and Defendants shall have forty-five (45) days to file reply brief(s).

**IT IS SO STIPULATED.**

DATED: July 21, 2020

BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR.
ALBERT Y. CHANG
YURY A. KOLESNIKOV

s/ Francis A. Bottini, Jr.*
FRANCIS A. BOTTINI, JR.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002

*Counsel for Plaintiffs Klein and Dinsmore*

DATED: July 21, 2020

RENNE PUBLIC LAW GROUP
LOUISE H. RENNE
RUTH M. BOND
RYAN MCGINLEY-STEMPEL

s/ Louise H. Renne
LOUISE H. RENNE

350 Sansome Street, Suite 300
San Francisco, CA 94101
Telephone:  (415) 848-7200
Facsimile:   (415) 848-7230

*Counsel for Plaintiffs Klein and Dinsmore*

| | | |
|---|---|---|
| 1 | DATED: July 21, 2020 | MORRISON & FOERSTER LLP |
| 2 | | JORDAN ETH |
| | | PHILIP BESIROF |
| 3 | | CHRISTIN HILL |

_s/ Jordan Eth_
JORDAN ETH

425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7000

*Counsel for Defendants Lawrence J. Ellison, Safra A. Catz, Jeffrey O. Henley, Jeffrey S. Berg, Michael J. Boskin, Bruce R. Chizen, George H. Conrades, Rona A. Fairhead, Renee J. James, Charles (Wick) Moorman IV, Leon E. Panetta, William G. Parrett, Naomi O. Seligman, and Vishal Sikka*

DATED:  July 21, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN JOHNSON-MCKEWAN
WARRINGTON PARKER III
KENNETH P. HERZINGER
ALEXANDER K. TALARIDES

_s/ Alexander K. Talarides_
ALEXANDER K. TALARIDES

405 Howard St.
San Francisco, CA  94105
Telephone:  (415) 773-5700

*Counsel for Nominal Defendants Oracle Corporation, Oracle America, Inc.*

\*I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a conformed (s/) signature within this e-filed document.

*     *     *

**O R D E R**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    _____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE