UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. ANDRE KLEIN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LAWRENCE J. ELLISON, et al.,<br><br>    Defendants. | Case No. 20-cv-04439-JSC<br><br>**ORDER REQUESTING DEFENDANTS TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Re: Dkt. No. 20, 22 |

Before the Court is Plaintiffs' administrative motion to consider whether the instant action and *Sherman v. Ellison*, Case No. 4:20-cv-05255-DMR, should be related. The *Sherman* Plaintiff opposes relating the cases. While Defendants apparently agree with the *Klein* plaintiffs that the cases are related, they have not filed their own response to the motion. The Court would find it helpful to hear from Defendants as to whether and why they believe the cases are related. Accordingly, the Court requests Defendants to weigh in on the motion on or before September 11, 2020. The Court notes that Defendants have not yet appeared in the *Sherman* action; accordingly, the Court understands if they require more time to respond to the Court's request.

**IT IS SO ORDERED.**

Dated: September 3, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge