UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. ANDRE KLEIN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LAWRENCE J. ELLISON, et al.,<br><br>    Defendants. | Case No. 20-cv-04439-JSC<br><br>**ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Re: Dkt. Nos. 20, 24 |

On September 3, 2020, the Court ordered Defendants to respond to Plaintiffs' administrative motion to consider whether the instant action and *Sherman v. Ellison*, Case No. 4:20-cv-05255-DMR, should be related. (Dkt. No. 23.) After careful consideration of Plaintiffs' administrative motion, the *Sherman* Plaintiff's opposition, and Defendants' response, the Court GRANTS Plaintiffs' administrative motion and RELATES the *Klein* and *Sherman* cases.

The *Sherman* Plaintiff's arguments in opposition to relating the cases are unpersuasive. The Court finds that the *Sherman* Plaintiff's initial "books and records" demand has no bearing on whether the cases "concern substantially the same parties, property, transaction, or event[.]" N.D. Cal. Civ. L.R. 3-12(a)(1). Similarly, Sherman's contention that the *Klein* case is motivated by a "social justice agenda" does not meaningfully distinguish the two cases under Civil Local Rule 3-12(a)(1).

Both actions are derivative suits that concern the same parties and are based on the same factual allegations, chiefly that Director Defendants violated federal securities law and breached their fiduciary duties by falsely representing a commitment to diversity. All challenged statements in the *Sherman* action are challenged in the *Klein* action; the *Sherman* complaint challenges statements in Oracle's 2019 Proxy Statement, and the *Klein* complaint challenges statements in Oracle's 2018 and 2019 Proxy Statements. Therefore, the cases concern substantially the same

1  "parties, property, transaction[s], [and] event[s]" as required by Civil Local Rule 3-12(a)(1).

2  Because conducting the cases between different Judges would result in an "unduly
3  burdensome duplication of labor and expense," *see* N.D. Cal. Civ. L.R. 3-12(b)(2), pursuant to
4  Civil Local Rule 3-12 the Court RELATES the *Klein* and *Sherman* actions. The Court notes that
5  relating the cases does not consolidate them and does not make any particular counsel lead counsel
6  over a separate case.

7  **IT IS SO ORDERED.**

8  Dated: September 14, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge