UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. ANDRE KLEIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAWRENCE J. ELLISON, et al.,<br><br>    Defendants. | Case No. 20-cv-04439-JSC<br><br>**ORDER RE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Re: Dkt. No. 47 |

    Before the Court is Defendants' motion for an extension of time to respond to Plaintiffs' complaint. (Dkt. No. 47.) To date, Plaintiffs have not filed an opposition to Defendants' motion within the period prescribed by N.D. Cal. Civ. L.R. 6-3(b). Having considered Defendants' motion and for the reasons stated below, the Court GRANTS Defendants' motion.

    Federal Rule of Civil Procedure 6(b)(1) provides that "when an act [] must be done within a specified time, the court may, for good cause, extend the time" if the request for an extension is made "before the original time or its extension expires[.]" N.D. Cal. Civ. L.R. 6-3(a) provides the requirements for filing a motion under Rule 6(b)(1).

    Good cause exists for granting Defendants' requested extension. Defendants argue that extending the response deadline will avoid "piecemeal litigation" while Defendants' motion to consolidate the *Klein* action and related *Sherman* action is pending. (*See* Dkt. No. 46.) The Court agrees with Defendants that, without an extension of time to file a response to the complaint, any motion to dismiss filed in the *Klein* action would be mooted by the actions' potential consolidation. Moreover, Defendants have shown their "efforts [] made to obtain a stipulation to the time change." N.D. Cal. Civ. L.R. 6-3(a). Defendants attempted in good faith to confer with Plaintiffs' counsel in both *Klein* and *Sherman* actions for weeks regarding the actions' consolidation and a stipulation extending Defendants' deadline to respond to the *Klein* complaint

before filing this motion.  (Dkt. No. 47-1 ("Eth Declaration") ¶¶ 1-8.)

Accordingly, the Court GRANTS Defendants' motion.  As requested, in the event that Defendants' motion to consolidate is granted, Defendants' deadline to respond to the complaint is 30 days after Plaintiffs file a consolidated complaint.  If Defendants' motion to consolidate is denied, Defendants deadline to respond to the complaint is 30 days after this Court's order denying the motion to consolidate.

This Order disposes of Dkt. No. 47.

**IT IS SO ORDERED.**

Dated: October 27, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge