**BOTTINI & BOTTINI, INC.**
FRANCIS A. BOTTINI, JR. (SBN 175783)
  fbottini@bottinilaw.com
YURY A. KOLESNIKOV (SBN 271173)
  ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:     (858) 914-2001

**RENNE PUBLIC LAW GROUP**
Louise H. Renne (SBN 36508)
  lrenne@publiclawgroup.com
Ruth M. Bond (SBN 214582)
  rbond@publiclawgroup.com
350 Sansome Street, Suite 300
San Francisco, California 94101
Telephone:     (415) 848-7200
Facsimile:      (415) 848-7230

*Co-Lead Counsel for Plaintiffs*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| R. ANDRE KLEIN, derivatively on behalf of ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE J. ELLISON, SAFRA A. CATZ, JEFFREY O. HENLEY, JEFFREY S. BERG, MICHAEL J. BOSKIN, BRUCE R. CHIZEN, GEORGE H. CONRADES, RONA A. FAIRHEAD, RENÉE J. JAMES, CHARLES (WICK) MOORMAN IV, LEON E. PANETTA, WILLIAM G. PARRETT, NAOMI O. SELIGMAN, VISHAL SIKKA, and DOES 1–30,<br><br>Defendants,<br><br>– and –<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Nominal Defendants<br><br>_____<br><br>This Document Relates To:<br><br>  ALL ACTIONS<br>_____ | Lead Case No. 3:20-CV-04439-JSC (Consolidated with Case No: 3:20-CV-04602-JSC)<br><br>**OPPOSITION OF PLAINTIFFS KLEIN AND DINSMORE TO DEFENDANTS' MOTION TO CONSOLIDATE**<br><br>Date: December 3, 2020<br>Time: 9:00 a.m.<br>Judge: Honorable Jacqueline Scott Corley |

- 1 -

I.      **ARGUMENT**

Defendants have moved for consolidation of a later-filed action (*Alison Sherman v. Ellison*, Case No. 3:20-CV-5255) where the plaintiff refused to consolidate (Ms. Sherman also previously refused to agree that her case was "related," forcing Plaintiffs to file an Administrative Motion to Relate, which was granted over Sherman's objection).   Plaintiffs Klein and Dinsmore initially indicated to Defendants that they believed the later-filed *Sherman* case should be stayed, since it was a copycat case and was duplicative of the allegations in the consolidated complaint already on file since August, and with respect to which the parties had already agreed on a briefing schedule. Defendants rejected the idea of moving for a stay, and then filed a motion to consolidate without making "real" efforts to get Plaintiff Sherman to change her initial refusal to agree to consolidation. Plaintiffs' Co-Lead Counsel told Defendants they would agree to consolidation, and to the filing of another consolidated complaint, so long as doing so would not prejudice Plaintiffs' right to amend in the future if necessary.

Thereafter, Plaintiffs Klein and Dinsmore engaged in further meet and confer sessions with Plaintiff Sherman, and obtained the agreement of Plaintiff Sherman to consolidation.  Plaintiffs' Co-Lead Counsel then spent time negotiating a stipulation with Defendants.  When all other issues were resolved, Defendants inserted language in the stipulation purporting to put limitations on Plaintiffs' ability to file an amended complaint in the future if necessary, adding language to the effect that Plaintiffs would have such a right only if the changes to the amended consolidated complaint were not "substantive."   Plaintiffs' Co-Lead Counsel told Defendants this added language was not acceptable because it had not been agreed to by the parties and would create needless disputes down the line about whether any changes to the amended consolidated complaint were "substantive" or not. Defendants would inevitably argue changes were substantive in order to try to thwart Plaintiffs' ability to amend the complaint if necessary.

To be clear, Plaintiffs Klein and Dinsmore do not believe the filing of an amended consolidated complaint is necessary, given the fact that Plaintiff Sherman's allegations are largely redundant.  But Defendants insist on the filing of what they refer to as an "operative" complaint.

OPPOSITION OF PLAINTIFFS KLEIN AND DINSMORE TO DEFS' MTN TO CONSOLIDATE

1    As a result, the Court should deny the motion to consolidate given Defendants refusal to agree

2  that the filing of a consolidated complaint would be without prejudice to the right to amend in the

3  future.   Alternatively, Plaintiffs Klein and Dinsmore are willing to file an amended consolidated

4  complaint if the Court prefers that option, but if so, they request that the consolidation order state that

5  the filing of the amended consolidated complaint shall not prejudice Plaintiffs' right to file an

6  amended complaint as a matter of right in the future.  Plaintiffs have simply filed one consolidated

7  complaint in order to join the parties and their claims.   The Defendants are now insisting on the filing

8  of yet another consolidated complaint; if that request is granted, Plaintiffs should not be prejudiced

9  by the filing of a consolidated complaint that Defendants apparently want to try to argue later

10  constitutes some type of substantive amendment.

11
       DATED:  October 30, 2020                    BOTTINI & BOTTINI, INC.
12                                                 FRANCIS A. BOTTINI, JR.
                                                   ALBERT Y. CHANG
13                                                 YURY A. KOLESNIKOV

14                                                       *s/ Francis A. Bottini, Jr.*
                                                   FRANCIS A. BOTTINI, JR.
15
                                                   7817 Ivanhoe Avenue, Suite 102
16                                                 La Jolla, California  92037
                                                   Telephone:  (858) 914-2001
17                                                 Facsimile:   (858) 914-2002
                                                   fbottini@bottinilaw.com
18                                                 achang@bottinilaw.com
                                                   vkolesnikov@bottinilaw.com
19
                                                   RENNE PUBLIC LAW GROUP
20                                                 Louise H. Renne
                                                   Ruth M. Bond
21                                                 Ryan McGinley-Stempel
                                                   350 Sansome Street, Suite 300
22                                                 San Francisco, California 94101
                                                   Telephone:     (415) 848-7200
23                                                 Facsimile:     (415) 848-7230
                                                   lrenne@publiclawgroup.com
24                                                 rbond@publiclawgroup.com
                                                   rmcginleystempel@publiclawgroup.com
25
                                                   *Co-Lead Counsel for Plaintiffs*
26

27

28

OPPOSITION OF PLAINTIFFS KLEIN AND DINSMORE TO DEFS' MTN TO CONSOLIDATE