1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  PHILIP T. BESIROF (CA SBN 185053)
   PBesirof@mofo.com
3  CHRISTIN J. HILL (CA SBN 247522)
   CHill@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522
   *Counsel for Defendants Lawrence J. Ellison, Safra A. Catz,*
7  *Jeffrey O. Henley, Jeffrey S. Berg, Michael J. Boskin, Bruce R.*
   *Chizen, George H. Conrades, Rona A. Fairhead, Renée J.*
8  *James, Charles (Wick) Moorman IV, Leon E. Panetta, William*
   *G. Parrett, Naomi O. Seligman, and Vishal Sikka*
9
   KAREN G. JOHNSON-MCKEWAN (CA SBN 121570)
10 kjohnson-mckewan@orrick.com
   WARRINGTON S. PARKER III (CA SBN 148003)
11 wparker@orrick.com
   KENNETH P. HERZINGER (CA SBN 209866)
12 kherzinger@orrick.com
   ALEXANDER K. TALARIDES (CA SBN 268068)
13 atalarides@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
14 405 Howard St.
   San Francisco, California  94105
15 Telephone:  415.773.5700
   Facsimile: 415.773.5759
16 *Counsel for Nominal Defendants Oracle Corporation and*
   *Oracle America, Inc.*
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R. ANDRE KLEIN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LAWRENCE J. ELLISON, et al.,<br><br>　　　　　Defendants. | Lead Case No. 3:20-cv-04439-JSC<br><br>**DEFENDANTS' STATEMENT REGARDING DECEMBER 3, 2020 CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Jacqueline Scott Corley |

1     On October 6, 2020, the Court entered a Clerk's Notice Continuing Case Management Conference, which set a case management conference for December 3, 2020, and ordered the parties to file a joint case management statement by November 25, 2020.  (Dkt. No. 45.)  Defendants' counsel emailed Plaintiffs' counsel on November 23, 2020, seeking to confer regarding the joint statement.  As of the time of this filing, Plaintiffs' counsel has not responded to Defendants' counsel's email.

    Defendants Lawrence J. Ellison, Safra A. Catz, Jeffrey O. Henley, Jeffrey S. Berg, Michael J. Boskin, Bruce R. Chizen, George H. Conrades, Rona A. Fairhead, Renée J. James, Charles (Wick) Moorman IV, Leon E. Panetta, William G. Parrett, Naomi O. Seligman, and Vishal Sikka, and Nominal Defendants Oracle Corporation and Oracle America, Inc. (together "Defendants") submit this statement to set forth Defendants' position regarding the case management conference.

    Defendants' view is that the initial case management conference should be continued pending resolution of Defendants' forthcoming motion(s) to dismiss.  Discovery is currently stayed pursuant to the Private Securities Litigation Reform Act (the "PSLRA").  15 U.S.C. §77z-1(b)(1); *See In re Marvell Tech. Grp. Ltd. Derivative Litig.*, No. C-06-03894 RMW, 2007 WL 1545194, at *2 (N.D. Cal. May 29, 2007) (enforcing PSLRA discovery stay because derivative suit asserting Exchange Act claims is a "'private action arising under' the Securities Exchange Act of 1934."); *Melzer v. CNET Networks, Inc.*, No. C 06-03817 WHA, 2006 WL 3716477, at *2 (N.D. Cal. Dec. 15, 2006) ("The weigh[t] of the case law holds that the PSLRA stay applies in cases like this [derivative 1934 Act claims]. This order will follow that authority."); *In re Finisar Corp. Derivative Litig.*, No. C-06-07660 RMW, 2012 WL 609835, at *1 (N.D. Cal. Feb. 24, 2012) (applying PSLRA discovery stay to derivative case).

    In addition, no discovery is permitted under Delaware substantive law unless and until plaintiffs successfully plead demand futility.  *See Jones v. Martinez*, 230 Cal. App. 4th 1248 (Cal. App. 2014) (holding that California derivative plaintiffs who file on behalf of a Delaware corporation cannot obtain discovery until they plead demand futility).

    In light of the discovery stay, the initial case management conference should be continued

until the motion to dismiss is resolved.

Dated:  November 25, 2020

JORDAN ETH
PHILIP T. BESIROF
CHRISTIN J. HILL
MORRISON & FOERSTER LLP


By:  /s/ Jordan Eth
JORDAN ETH

*Counsel for Defendants Lawrence J. Ellison, Safra A. Catz, Jeffrey O. Henley, Jeffrey S. Berg, Michael J. Boskin, Bruce R. Chizen, George H. Conrades, Rona A. Fairhead, Renée J. James, Charles (Wick) Moorman IV, Leon E. Panetta, William G. Parrett, Naomi O. Seligman, and Vishal Sikka*

Dated:  November 25, 2020

KAREN G. JOHNSON-MCKEWAN
WARRINGTON S. PARKER III
KENNETH P. HERZINGER
ALEXANDER K. TALARIDES
ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  /s/ Alexander K. Talarides
ALEXANDER K. TALARIDES

*Counsel for Nominal Defendants Oracle Corporation and Oracle America, Inc.*

### ECF ATTESTATION

I, Jordan Eth, am the ECF User whose ID and password are being used to file the foregoing document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated:  November 25, 2020    By:  /s/ Jordan Eth
JORDAN ETH