1  KAREN G. JOHNSON-MCKEWAN (SBN 121570)
   kjohnson-mckewan@orrick.com
2  KENNETH P. HERZINGER (SBN 209866)
   kherzinger@orrick.com
3  WARRINGTON S. PARKER (SBN 148003)
   wparker@orrick.com
4  ALEXANDER K. TALARIDES (SBN 268068)
   atalarides@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
6  San Francisco, CA  94105-2669
   Telephone:     (415) 773-5700
7  Facsimile:     (415) 773-5759

8  DORIAN E. DALEY (SBN 129049)
   dorian.daley@oracle.com
9  DEBORAH K. MILLER (SBN 95527)
   deborah.miller@oracle.com
10 JAMES C. MAROULIS (SBN 208316)
   jim.maroulis@oracle.com
11 ORACLE CORPORATION
   500 Oracle Parkway
12 Mail Stop 5OP7
   Redwood City, California 94065
13 Telephone:     (650) 506-5200
   Facsimile:     (650) 506-7114
14
   Attorneys for Nominal Defendants
15 Oracle Corporation and Oracle America, Inc.

16               UNITED STATES DISTRICT COURT
17               NORTHERN DISTRICT OF CALIFORNIA
18                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 19  R. ANDRE KLEIN, derivatively on behalf of ORACLE CORPORATION and ORACLE AMERICA, INC., | Lead Case No. 3:20-CV-04439-JSC |
| 20 | **NOTICE OF WITHDRAWAL AS COUNSEL FOR WARRINGTON S. PARKER** |
| 21                             Plaintiff, | |
|    v. | |
| 22  LAWRENCE J. ELLISON, ET AL., | Judge:  Hon. Jacqueline Scott Corley |
| 23                             Defendants, | |
|    – and – | |
| 24  ORACLE CORPORATION and ORACLE AMERICA, INC., | |
| 25 | |
|                                Nominal Defendants. | |
| 26 | |
| 27  This Document Relates To: All Actions | |
| 28 | |

1 | PLEASE TAKE NOTICE, pursuant to Civil Local Rule 11-5(a), Warrington S. Parker, counsel for Nominal Defendants Oracle Corporation and Oracle America, Inc. (collectively "Oracle Defendants"), hereby requests to be withdrawn as counsel of record in the above-captioned matter due to an impending change of employment.

All other counsel who have appeared in this matter will continue to represent Oracle Defendants. Accordingly, my withdrawal from this matter will impose no delay of the case nor will it prejudice any party.

Dated: January 15, 2021

WARRINGTON S. PARKER
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Warrington S. Parker*
WARRINGTON S. PARKER

Attorneys for Nominal Defendants Oracle Corporation and Oracle America, Inc.