1  KENNETH P. HERZINGER (SB# 209688)
   kennethherzinger@paulhastings.com
2  PAUL HASTINGS LLP
   101 California Street, 48th Floor
3  San Francisco, CA 94111
   Telephone:  (415) 856-7000
4  Facsimile:  (415) 856-7100

5  Attorneys for Nominal Defendants
   Oracle Corporation and Oracle America, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | R. ANDRE KLEIN, derivatively on behalf of ORACLE CORPORATION and ORACLE AMERICA, INC., | Lead Case No. 3:20-cv-04439-JSC |
|---|---|
| Plaintiff, | **NOTICE IN CHANGE OF COUNSEL** |
| vs. | Judge:    Hon. Jacqueline Scott Corley |
| LAWRENCE J. ELLISON, ET AL., | |
| Defendants. | |
| -and- | |
| ORACLE CORPORATION and ORACLE AMERICA, INC. | |
| Nominal Defendants. | |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that the undersigned Kenneth P. Herzinger, is no longer serving as counsel for Nominal Defendants Oracle Corporation and Oracle America, Inc. (collectively "Oracle Defendants") due to a change in employment.

Case No. 3:20-cv-04439-JSC                                        NOTICE IN CHANGE OF COUNSEL

1  Karen G. Johnson-McKewan and Alexander K. Talarides of Orrick, Herrington &
2  Sutcliffe LLP remain as counsel of record and will continue to represent the Oracle Nominal
3  Defendants.
4  Accordingly, it is hereby requested that the Court remove Kenneth P. Herzinger's name
5  and email address from the service list that is on file with the Court in this action and update the
6  docket.

8  DATED:  June 7, 2021                                        PAUL HASTINGS LLP

10                                                             By:  /s/ Kenneth P. Herzinger
11                                                                    Kenneth P. Herzinger

12                                                             Attorneys for Nominal Defendants
                                                               Oracle Corporation and Oracle America, Inc.