| | |
|---|---|
| JORDAN ETH (CA 121617) | KAREN G. JOHNSON-MCKEWAN (CA 121570) |
| JEth@mofo.com | KJohnson-Mckewan@orrick.com |
| PHILIP T. BESIROF (CA 185053) | ALEXANDER K. TALARIDES (CA 268068) |
| PBesirof@mofo.com | ATalarides@orrick.com |
| CHRISTIN J. HILL (CA 247522) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| CHill@mofo.com | 405 Howard Street |
| MORRISON & FOERSTER LLP | San Francisco, California 94105 |
| 425 Market Street | Telephone: 415.773.5700 |
| San Francisco, California 94105-2482 | Facsimile: 415.773.5759 |
| Telephone: 415.268.7000 | *Attorneys for Nominal Defendants Oracle* |
| Facsimile: 415.268.7522 | *Corporation and Oracle America, Inc.* |

*Attorneys for Defendants Lawrence J. Ellison, Safra A. Catz, Jeffrey O. Henley, Jeffrey S. Berg, Michael J. Boskin, Bruce R. Chizen, George H. Conrades, Rona A. Fairhead, Renée J. James, Charles Moorman IV, Leon E. Panetta, William G. Parrett, Naomi O. Seligman, and Vishal Sikka*

DORIAN DALEY (CA 129049)
Dorian.Dailey@oracle.com
PEGGY E. BRUGGMAN (CA 184176)
Peggy.Bruggman@oracle.com
JAMES C. MAROULIS (CA 208316)
Jim.Maroulis@oracle.com
ORACLE CORPORATION
2300 Oracle Way
Austin, Texas 78741
Telephone: 737.867.1000
*Attorneys for Nominal Defendants Oracle Corporation and Oracle America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KLEIN, et al., derivatively on behalf of ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE J. ELLISON, et al.,<br><br>Defendants. | Lead Case No. 3:20-cv-04439-JSC<br><br>DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT<br><br>Judge:   Hon. Jacqueline Scott Corley |

Director Defendants Lawrence J. Ellison, Safra A. Catz, Jeffrey O. Henley, Jeffrey S. Berg, Michael J. Boskin, Bruce R. Chizen, George H. Conrades, Rona A. Fairhead, Renée J. James, Charles Moorman IV, Leon E. Panetta, William G. Parrett, Naomi O. Seligman, and Vishal Sikka, and Nominal Defendants Oracle Corporation and Oracle America, Inc. hereby submit their Request for Entry of Judgment pursuant to Federal Rule of Civil Procedure 58(d) as follows:

1. Plaintiffs R. Andre Klein, Kathleen Dinsmore, and Alison Sherman (collectively, "Plaintiffs") filed their Consolidated Amended Shareholder Derivative Complaint (the "Complaint") on December 7, 2020.  (ECF No. 55.)

2. The Court granted Defendants' motion to dismiss on May 24, 2021, and set a deadline of 30 days for Plaintiffs to file an amended complaint; i.e., a deadline of June 23, 2021.  (ECF No. 72.)

3. Plaintiffs filed an Administrative Motion to Enlarge Time for Filing an Amended Complaint ("Motion to Enlarge Time") on June 14, 2021.  (ECF No. 74.)

4. The Court denied Plaintiffs' Motion to Enlarge Time on June 25, 2021, and set a deadline of July 6, 2021 for Plaintiffs to file an amended complaint.  (ECF No. 76.)

5. Plaintiffs have not filed an amended complaint.

6. Pursuant to Rule 58(d), Defendants request that judgment be entered for Defendants.  A proposed judgment is attached herewith.

| | | |
|---|---|---|
| 1 | Dated: August 5, 2021 | JORDAN ETH |
| 2 | | PHILIP T. BESIROF |
| | | CHRISTIN J. HILL |
| 3 | | MORRISON & FOERSTER LLP |

By: _____/s/ Jordan Eth_____
      JORDAN ETH

*Attorneys for Director Defendants*

Dated: August 5, 2021

DORIAN DALEY
PEGGY E. BRUGGMAN
JAMES C. MAROULIS
ORACLE CORPORATION

KAREN G. JOHNSON-MCKEWAN
ALEXANDER K. TALARIDES
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Alexander K. Talarides_____
      ALEXANDER K. TALARIDES

*Attorneys for Nominal Defendants Oracle Corporation and Oracle America, Inc.*

## ECF ATTESTATION

I, Jordan Eth, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: August 5, 2021

                                                  */s/ Jordan Eth*
                                                  JORDAN ETH