**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
 *fbottini@bottinilaw.com*
Yury A. Kolesnikov (SBN 271173)
 *ykolesnikov@bottinilaw.com*
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:  (858) 914-2002

**RENNE PUBLIC LAW GROUP**
Louise H. Renne (SBN 36508)
 *lrenne@publiclawgroup.com*
Ruth Bond (SBN 214582)
 *rbond@publiclawgroup.com*
Steve Cikes (SBN 235413)
 *scikes@publiclawgroup.com*
Imran Dar (SBN 296182)
 *idar@publiclawgroup.com*
350 Sansome Street, Suite 300
San Francisco, California  94104
Telephone:  (415) 848-7200
Facsimile:  (415) 848-7230

*Lead Counsel for Plaintiffs*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| R. ANDRE KLEIN *et al.*, derivatively on behalf of ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAWRENCE J. ELLISON, *et al.*,<br><br>Defendants,<br><br>– and –<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Nominal Defendants. | Lead Case No. 3:20-cv-04439-JSC<br><br>**Plaintiffs' Response to Defendants' Motion for Entry of Final Judgment**<br><br>Hon. Jacqueline Scott Corley<br>Courtroom E – 15th Floor |

By order dated May 24, 2021, the Court granted Defendants' motion to dismiss with leave to amend Plaintiffs' Section 14(a) claim. Dkt. No. 72. By order dated June 25, 2021, the Court extended until July 6, 2021, Plaintiffs' deadline to file an amended complaint. Dkt. No. 76. No amended complaint was filed. The Court can enter final judgment in the case, dismissing the claims without prejudice.

DATED: August 19, 2021

Respectfully submitted,

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
  *fbottini@bottinilaw.com*
Albert Y. Chang (SBN 296065)
  *achang@bottinilaw.com*
Anne Beste (SBN 326881)
  *abeste@bottinilaw.com*
Yury A. Kolesnikov (SBN 271173)
  *ykolesnikov@bottinilaw.com*

          s/ *Francis A. Bottini, Jr.*
          Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002

**RENNE PUBLIC LAW GROUP**
Louise H. Renne (SBN 36508)
  *lrenne@publiclawgroup.com*
Ruth Bond (SBN 214582)
  *rbond@publiclawgroup.com*
Steve Cikes (SBN 235413)
  *scikes@publiclawgroup.com*
Imran Dar (SBN 296182)
  *idar@publiclawgroup.com*
350 Sansome Street, Suite 300
San Francisco, California 94101
Telephone:  (415) 848-7200
Facsimile:   (415) 848-7230

*Co-Lead Counsel for Plaintiffs*

**JOHNSON FISTEL, LLP**
Frank J. Johnson (SBN 174882)
  *FrankJ@johnsonfistel.com*
Brett M. Middleton (SBN 199427)

1

Plaintiffs' Response to Defendants' Motion for Entry of Final Judgment

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*BrettM@johnsonfistel.com*
John J. O'Brien (SBN 253392)
*JohnO@johnsonfistel.com*
655 West Broadway, Suite 1400
San Diego, California  92101
Telephone:  (619) 230-0063
Facsimile:    (619) 255-1856

*Attorneys for Plaintiff Alison Sherman*