| | |
|---|---|
| JORDAN ETH (CA 121617)<br>JEth@mofo.com<br>PHILIP T. BESIROF (CA 185053)<br>PBesirof@mofo.com<br>CHRISTIN J. HILL (CA 247522)<br>CHill@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>*Attorneys for Defendants Lawrence J. Ellison, Safra A. Catz, Jeffrey O. Henley, Jeffrey S. Berg, Michael J. Boskin, Bruce R. Chizen, George H. Conrades, Rona A. Fairhead, Renée J. James, Charles Moorman IV, Leon E. Panetta, William G. Parrett, Naomi O. Seligman, and Vishal Sikka*<br><br>DORIAN DALEY (CA 129049)<br>Dorian.Dailey@oracle.com<br>PEGGY E. BRUGGMAN (CA 184176)<br>Peggy.Bruggman@oracle.com<br>JAMES C. MAROULIS (CA 208316)<br>Jim.Maroulis@oracle.com<br>ORACLE CORPORATION<br>2300 Oracle Way<br>Austin, Texas 78741<br>Telephone: 737.867.1000<br>*Attorneys for Nominal Defendants Oracle Corporation and Oracle America, Inc.* | KAREN G. JOHNSON-MCKEWAN (CA 121570)<br>KJohnson-Mckewan@orrick.com<br>ALEXANDER K. TALARIDES (CA 268068)<br>ATalarides@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, California  94105<br>Telephone:   415.773.5700<br>Facsimile: 415.773.5759<br>*Attorneys for Nominal Defendants Oracle Corporation and Oracle America, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KLEIN, et al., derivatively on behalf of ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE J. ELLISON, et al.,<br><br>Defendants. | Lead Case No. 3:20-cv-04439-JSC<br><br>REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT<br><br>Judge:     Hon. Jacqueline Scott Corley |

The Court granted Defendants' motion to dismiss the case on May 24, 2021.  (ECF No. 72.)  As Plaintiffs concede in their Response to Defendants' Motion for Entry of Final Judgement (the "Motion") (ECF No. 78), they did not file an amended complaint by the Court-imposed deadline.  Defendants accordingly requested in their Motion that judgment be entered for Defendants.  (ECF No. 77.)  Plaintiffs concede in their Response that "[t]he Court can enter final judgment in the case," but request that the Court do so "without prejudice."  (ECF No. 78 at 2.)

Plaintiffs cite to no authority in support of their request for a final judgment "***without prejudice***."  And they offer no basis for doing so here.  Defendants request that judgment be entered pursuant to Federal Rule of Civil Procedure 58(d).  *See* Fed. R. Civ. P. 54, 58.  The Federal Rules make no mention of judgment with or without prejudice.

Dated:  August 26, 2021

JORDAN ETH
PHILIP T. BESIROF
CHRISTIN J. HILL
MORRISON & FOERSTER LLP


By:  */s/ Jordan Eth*
        JORDAN ETH

*Attorneys for Director Defendants*


Dated:  August 26, 2021

DORIAN DALEY
PEGGY E. BRUGGMAN
JAMES C. MAROULIS
ORACLE CORPORATION

KAREN G. JOHNSON-MCKEWAN
ALEXANDER K. TALARIDES
ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  */s/ Alexander K. Talarides*
        ALEXANDER K. TALARIDES

*Attorneys for Nominal Defendants Oracle Corporation and Oracle America, Inc.*

**ECF ATTESTATION**

I, Jordan Eth, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: August 26, 2021

*/s/ Jordan Eth*
JORDAN ETH