UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. ANDRE KLEIN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LAWRENCE J. ELLISON, et al.,<br><br>        Defendants. | Case No.  20-cv-04439-JSC<br><br>**JUDGMENT** |

On May 24, 2021, the Court dismissed with leave to amend Plaintiffs' claims under Section 14(a) of the Securities Exchange Act and dismissed, without prejudice to reassertion in the Delaware Court of Chancery, Plaintiffs' state law claims. (Dkt. No. 72.)  Plaintiffs chose not to amend.  Accordingly, judgment is entered in favor of Defendants and against Plaintiffs on their Section 14(a) claim.

**IT IS SO ORDERED.**

Dated: September 3, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge